# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATE OF AMERICA,

        Plaintiff(s),

vs.

ROBERT ANTHONY VAZQUEZ

        Defendant(s).

Case No.: 2:20-cr-00101-JAD-BNW

## SUBSTITUTION OF ATTORNEY

____Robert Anthony Vazquez____ (Defendant) hereby substitutes
(Name of Party)

Lance J. Hendron
_____
(New Attorney)

(Address): 625 S. Eighth Street, Las Vegas, NV 89101

(Telephone): 702-758-5858_____, as attorney of record in place and

stead of: ~~Aarin Kevorkian~~ Paul D. Riddle
(Present Attorney)

DATED: 06/26/20     _____
(Signature of Defendant)

I consent to the above substitution.

DATED: 7/9/2020     _____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: June 24, 2020                    _____
                                        (Signature of New Attorney)

Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: July 13, 2020                    _____
                                        UNITED STATES DISTRICT JUDGE

6/95