UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00101-JAD-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT ANTHONY VAZQUEZ, | |
| Defendants. | |

The Court has reviewed the Uncontested Motion to Modify Terms and Conditions of Pretrial Release Conditions (ECF No. 18), which requests Defendant's pretrial release conditions be modified to include that he: (1) participate in a program of inpatient or outpatient substance use therapy and counseling Pretrial Services or the supervising officer considers advisable; (2) pay all or part of the substance use treatment program or evaluation based upon his ability to pay as determined by Pretrial Services or supervising officer; (3) submit to a mental health evaluation as directed by Pretrial Services or supervising officer; (4) participate in mental health treatment as directed by Pretrial Services or the supervising officer; and, (5) pay all or part of the cost of the medical or psychiatric treatment or evaluation based upon his ability to pay as determined by Pretrial Services or the supervising officer. Defendant's unopposed motion is granted.

Accordingly,

IT IS HEREBY ORDERED that the Uncontested Motion to Modify Terms and conditions of Pretrial Release Conditions (ECF No. 18) is GRANTED

IT IS FURTHER ORDERED that Defendant remains subject to all other pretrial release conditions as stated by the Court.

Dated this 23rd day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1